# United States District Court

## WESTERN DISTRICT OF WASHINGTON

SARAH A. SORG,

               Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5063KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the ALJ's decision is REVERSED and REMANDED to the Commissioner for further administrative proceedings.

| December 16, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |

By Traci Whiteley, Deputy Clerk